IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/7/2019
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

| | |
|---|---|
| CEDRICK EURON DRAPER,<br><br>　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, *ET AL*.<br><br>　　　　　　　　　*Defendants*. | CASE NO. 6:19-cv-00002<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

　　Plaintiff originally filed this *pro se* action against Defendants in the District of Columbia, (dkt. 1), and the case was later transferred to the Western District of Virginia. (Dkt. 6). Plaintiff subsequently filed a motion for "voluntary non-suit," which the Court will construe as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Dkt. 10). Because Plaintiff has moved for voluntary dismissal before any opposing party has served an answer or filed a motion for summary judgment, dismissal without a court order pursuant to Rule 41(a)(1)(A)(i) is appropriate. The Clerk of the Court is hereby directed to mark this case as dismissed pursuant to Rule 41(a)(1)(A)(i) and to strike the case from this Court's active docket.

　　It is so **ORDERED**.

　　The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff and all counsel of record.

　　Entered this __7th__ day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Norman K. Moon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE